# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>             Plaintiff,<br><br>      v.<br><br>SALEH AHMED ALI dba SHOP N GO/LOS PRIMOS TAQUERIA, et al.,<br><br>             Defendants. | Case No.  1:16-cv-00381-AWI-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 7) |

On May 24, 2016, Plaintiff filed a notice of settlement.  (ECF No. 7.)  Pursuant to the notice of settlement, Plaintiff is HEREBY ORDERED to file dispositional documents on or before June 23, 2016.

IT IS SO ORDERED.

Dated:   **May 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1