# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>v.<br><br>SALEH AHMED ALI, et al.,<br><br>    Defendants. | Case No. 1:16-cv-0381-AWI-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE IN LIGHT OF VOLUNTARY DISMISSAL WITH PREJUDICE<br><br>(Doc. No. 10) |

This action was filed on March 18, 2016. (Doc. No. 1.) On June 24, 2016, Plaintiff filed a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

"[U]nder Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Rule 41(a) allows a plaintiff to dismiss without a court order any defendant who has yet to serve an answer or motion for summary judgment. Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993). "[A] dismissal under Rule 41(a)(1) is effective on filing, no court order is required, the parties are left as though no action had been brought, the defendant can't complain, and the district court lacks jurisdiction to do anything about it." Commercial Space, 193 F.3d at 1078. In this action, no defendant has filed an answer or other responsive pleading. Therefore, this case has automatically terminated. See Fed. R. Civ. P. 41(a)(1); Wilson, 111 F.3d at 692.

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of
2 Plaintiff's voluntary dismissal with prejudice of this action pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated: July 8, 2016

SENIOR DISTRICT JUDGE